_____
Honorable Bruce A. Markell
United States Bankruptcy Judge



**Entered on Docket**
**April 17, 2013**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re: AMERICAN BUSINESS PUBLICATIONS, INC.<br><br>Debtor (s) | Bankruptcy No.:97-28369-bam<br>Chapter 7<br><br>Hearing Date: NA<br>Hearing Time: NA |

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

Upon the foregoing Motion and in accordance with the provisions of 28 U.S.C. Section 2042, and good cause appearing therefore, it is hereby

ORDERED that the amount of $4,947.07 constituting an unclaimed dividend is declared due to Craig R. Mix.

IT IS FURTHER ORDERED that the Clerk, U.S. Bankruptcy Court, District of Nevada, pay this unclaimed dividend to the order of

Craig R. Mix
c/o Dilks & Knopik
35308 SE Center Street
Snoqualmie, WA 98065

###